IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN MARK HAYDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:15-CV-469-WKW |
| | ) |
| ROBERT S. VANCE JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 28, 2016, the Magistrate Judge filed a Recommendation. (Doc. # 103.) Plaintiff then filed objections (Doc. # 104), and Defendants filed a response (Doc. # 105). The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiff objects and has independently reviewed the file. Based upon this review, and for the reasons set forth in Defendants' response (Doc. # 105), Plaintiff's objections are without merit, and the Recommendation is due to be adopted. Accordingly, it is ORDERED as follows:

1. Plaintiff's Objections (Doc. # 104) are OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #103) is ADOPTED;

3. The Motion for Attorneys' Fees and Costs (Doc. # 77) is GRANTED to the extent that Defendants are entitled to an award of $15,000.00 in attorneys'

fees and $76.06 in costs and expenses and DENIED to the extent Defendants seek fees and expenses beyond these amounts;

      4.      The Motion for Lawyer Discipline and FRCP Rule 35 Exam (Doc. # 86) is DENIED;

      5.      The Motion to Strike (Doc. # 102) is DENIED;

      6.      The Motion to Alter Judgment (Doc. # 102) is DENIED;

      7.      The Motion for Sanctions (Doc. # 102) is DENIED.

DONE this 4th day of August, 2016.

                                                /s/ W. Keith Watkins  
                                      CHIEF UNITED STATES DISTRICT JUDGE